## EMBIRICOS v. STUYVESANT INS. CO.

(Circuit Court of Appeals, Second Circuit. · April 17, 1922.)

No. 264.

Appeal from the District Court of the United States for the Southern District of New York.

Libel by George M. Embiricos against the Stuyvesant Insurance Company. Decree of dismissal, and libelant appeals. Affirmed.

Certiorari denied 258 U. S. ——, 43 Sup. Ct. 90, 66 L. Ed. ——.

Kirlin, Woolsey, Campbell, Hickox & Keating, of New York City (Delbert M. Tibbetts and Robert S. Erskine, both of New York City, of counsel), for appellant.

Prentice & Townsend, of New York City (Robert Kelly Prentice and Myron T. Townsend, both of New York City, of counsel), for appellee.

Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Decree affirmed.

---

## DAKOTA COAL CO. et al. v. FRASER, Adjutant General of North Dakota et al.

(District Court, D. North Dakota. December 4, 1919.)

Mines and minerals ⬢86½, New, vol. 16A Key-No. Series—Governor held to have power in emergency to operate coal mines.

The Governor of a state in which were coal mines, on the continuous operation of which the people of the state had come to rely for fuel in winter, *held* to have power to seize and operate such mines by state agencies, where the owners refused to operate them, owing to differences with their employés and a resulting strike, which caused the closing down of the mines at the beginning of an unusually severe winter, and where because of a nation-wide strike sufficient coal could not be obtained from outside, and there was certainty of extensive suffering and death if the domestic mines were not operated.

In Equity. Suit by the Dakota Coal Company and the McClure Coal Company against G. A. Fraser, individually and as Adjutant General of the state of North Dakota, and others. On motion for preliminary injunction. Denied.

Order reversed (C. C. A.) 267 Fed. 130.

John E. Greene, of Minot, N. D., and A. W. Cupler, of Fargo, N. D., for plaintiffs.

Seth Richardson, of Fargo, N. D., for defendants.

AMIDON, District Judge. Every strike in a key industry involves three rights, the rights of employer, the rights of employees, and the rights of the public. The greatest of these is the rights of the public. The firm establishment of the supremacy by law of the rights of the public is the next step in the life of the American people. Heretofore the public has been the sufferer. Private rights have been placed above public welfare. Employer and employees have been permitted to fight, while the public has acted simply as a police officer and borne most of the loss. By long suffering we have got sufficient wisdom to end that régime.

⬢For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes